UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STANLEY ALBERT ABRAMS and | ) | CASE NO. 14-73627 - CRM |
| HYACINTH ANASTASIA ABRAMS, | ) | |
| | ) | |
| DEBTORS. | ) | |

**MOTION TO REOPEN CASE**

COMES NOW Daniel M. McDermott, United States Trustee for Region 21 (the "United States Trustee"), and, pursuant to Bankruptcy Code section 350(b) and Federal Rule of Bankruptcy Procedure 5010, moves the Court to reopen this case. In support of this motion, the United States Trustee shows as follows:

1. Stanley Albert Abrams ("Mr. Abrams") and Hyacinth Anastasia Abrams commenced this case December 1, 2014, by filing a petition for relief under chapter 7. The Semrad Law Firm, LLC represented Debtors during the pendency of the case.

2. S. Gregory Hays ("Mr. Hays") was appointed and served as chapter 7 trustee.

3. On March 18, 2015, Mr. Hays filed a report of no distribution based on information available to him at that time.

4. On March 31, 2015, the Court granted a discharge to Debtors and closed the estate (Doc. No. 15).

5. Mr. Hays recently notified the United States Trustee that Mr. Abrams is entitled to receive funds from the settlement of a product liability claim.

6. Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

7. Mr. Hays believes administration of the asset will result in a meaningful distribution to unsecured creditors.

8. Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest.

9. The United States Trustee is a party in interest and has standing to raise, appear, and be heard on any issue in any case. 11 U.S.C. § 307.

10. The United States Trustee requests the Court reopen the case and direct the United States Trustee to appoint a trustee who can investigate and, if appropriate, administer assets that are property of the estate.

11. Pursuant to the Bankruptcy Court Miscellaneous Fee Schedule, effective December 1, 2016, the United States Trustee should not be charged with the fee for reopening this case.

WHEREFORE, the United States Trustee moves the Court reopen this case and direct the United States Trustee to appoint a chapter 7 trustee.

          DANIEL M. MCDERMOTT
          UNITED STATES TRUSTEE
          REGION 21

          /s/
          Lindsay P. S. Kolba
          Georgia Bar No. 541621
          United States Department of Justice
          Office of the United States Trustee
          362 Richard Russell Building
          75 Ted Turner Drive SW
          Atlanta, Georgia 30303
          404-331-4437, ext. 152
          lindsay.p.kolba@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2018, I caused a copy of this Motion to Reopen Case to be served by First Class United States Mail, with adequate postage to ensure delivery to:

Stanley Albert Abrams
130 Meadowbrook Court
Covington, GA 30016

Hyacinth Anastasia Abrams
130 Meadowbrook Court
Covington, GA 30016

Lauren A. Drayton
The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Michael P. McGartland
McGartland Law Firm, PLLC
1300 S. University Drive
Suite 500
Fort Worth, TX 76107

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

                                                                                    */s/*
                                                          Lindsay P. S. Kolba
                                                          Trial Attorney