# United States Bankruptcy Court
## Northern District of Georgia

In re   Stanley A. Abrams                                   Case No.   **14-73627**
                                  Debtor(s)                 Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**1). Debtor amends Schedule B to include personal injury claim.**
**2). Debtor amends Schedule C to exempt possible personal injury settlement.**
**3). Debtor amends Summary of Schedule to reflect new total.**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Stanley A. Abrams
130 Meadowbrook Court
Covington, GA 30016

US Trustee (via ECF email)
Office of US Trustee
75 Ted Turner Drive SW, Ste 362
Atlanta, GA 30303

S. Gregory Hays (via ECF email)
Chapter 7 Trustee
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326

Date:   12/19/2018

**Michael A. Graves 971667**
**Attorney for Debtor(s)**
**The Semrad Law Firm, L.L.C.**
**303 Perimeter Center N**
**Suite 201**
**Atlanta, GA 30346**
**678-668-7160 Fax:877-601-7063**
**atlcourtdocs@gmail.com**

B6B (Official Form 6B) (12/07)

In re  **Stanley Albert Abrams,**
       **Hyacinth Anastasia Abrams**

Case No.  __14-73627__

Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking and Savings Accounts - Chase | J | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes and Shoes | J | 500.00 |
| 7. Furs and jewelry. | | Wedding Ring Set<br>Wedding Ring<br>Wife Watch<br>Husband Watch | J | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  1,760.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property



B6B (Official Form 6B) (12/07) - Cont.

In re **Stanley Albert Abrams,**
**Hyacinth Anastasia Abrams**
Debtors

Case No. __14-73627__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Personal Injury Claim; Debtor Represented by Weirz & Luxenberg, P.C. | H | 127,000.00 |

Sub-Total > 127,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Stanley Albert Abrams,**
**Hyacinth Anastasia Abrams**
Debtors

Case No. 14-73627

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Toyota Camry (148,000 Miles) | J | 1,425.00 |
|  | | 2004 Jaguar X Type (104,000 Miles) | J | 3,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

Sub-Total > 5,125.00
(Total of this page)
Total > 133,885.00

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  Stanley Albert Abrams,  
      Hyacinth Anastasia Abrams

Case No. __14-73627__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> Lehigh Acres - Unit 5. Block 27 PB <br> 1114 Chaplin Ave. <br> Ft. Myers, Fl 33902 | O.C.G.A. § 44-13-100(a)(6) | 2,500.00 | 2,500.00 |
| **Cash on Hand** <br> Cash | O.C.G.A. § 44-13-100(a)(6) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking and Savings Accounts - Chase | O.C.G.A. § 44-13-100(a)(6) | 10.00 | 10.00 |
| **Household Goods and Furnishings** <br> Furniture | O.C.G.A. § 44-13-100(a)(4) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** <br> Clothes and Shoes | O.C.G.A. § 44-13-100(a)(4) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> Wedding Ring Set <br> Wedding Ring <br> Wife Watch <br> Husband Watch | O.C.G.A. § 44-13-100(a)(5) | 200.00 | 200.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** <br> Personal Injury Claim; Debtor Represented by Weirz & Luxenberg, P.C. | O.C.G.A. § 44-13-100(a)(11)(D) <br> O.C.G.A. § 44-13-100(a)(6) | 8,640.00 <br> 8,640.00 | 127,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 1996 Toyota Camry (148,000 Miles) | O.C.G.A. § 44-13-100(a)(3) | 1,425.00 | 1,425.00 |
| 2004 Jaguar X Type (104,000 Miles) | O.C.G.A. § 44-13-100(a)(3) | 3,700.00 | 3,700.00 |
| | Total: | 26,665.00 | 136,385.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re   Stanley Albert Abrams,                                  Case No.   14-73627
        Hyacinth Anastasia Abrams
                                       Debtors                  Chapter           7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,500.00 | | |
| B - Personal Property | Yes | 3 | 133,885.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 26,877.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,999.00 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 136,385.00 | | |
| Total Liabilities | | | | 26,877.00 | |



B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Stanley Albert Abrams,**
        **Hyacinth Anastasia Abrams**
                                    Debtors

Case No. __14-73627__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | 3,000.00 |
| Average Expenses (from Schedule J, Line 22) | 2,999.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,000.00 |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 26,877.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 26,877.00 |



B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Stanley Albert Abrams**
**Hyacinth Anastasia Abrams**
                                          Debtor(s)

Case No.   14-73627
Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 13, 2018**          Signature  _/s/ Stanley Abrams_
                                                 **Stanley Albert Abrams**
                                                 Debtor

Date  **December 13, 2018**          Signature  _____
                                                 **Hyacinth Anastasia Abrams**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 7 |
| | { | |
| **STANLEY A. ABRAMS** | { | CASE NO. **14-73627** |
| | { | |
| Debtor | { | HON. JEFFREY W. CAVENDER |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the attached Amendment upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Stanley A. Abrams
130 Meadowbrook Court
Covington, GA 30016

Office of US Trustee
75 Ted Turner Drive
Ste 362
Atlanta, GA 30303

I further certify that, by agreement of parties, S. Gregory Hays, Chapter 7 Trustee and United States Trustee, was served via ECF.

This 19th day of December 2018.

Michael A. Graves 971667
The Semrad Law Firm, LLC
303 Perimeter Center North
Suite 201
Atlanta, GA 30346
(678) 668-7160
Attorney for Debtor