**IT IS ORDERED as set forth below:**

**Date: May 28, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| STANLEY ALBERT ABRAMS and | : | CASE NO. 14-73627-JWC |
| HYACINTH ANASTASIA ABRAMS, | : | |
| | : | |
| Debtors. | : | |

**ORDER APPROVING NUNC PRO TUNC SETTLEMENT
OF MULTI-DISTRICT PRODUCT LIABILITY LITIGATION**

This matter came before the Court for hearing on May 23, 2019 (the "**Hearing**") on the *Motion for Nunc Pro Tunc Approval of Settlement of Multi-District Product Liability Litigation* [Doc. No. 38] filed on April 12, 2019 (the "**Settlement Motion**") by S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estates (collectively, the "**Estate**") of Stanley Albert Abrams and Hyacinth Anastasia Abrams (collectively, "**Debtors**").

13523947v1

In the Settlement Motion, Trustee seeks, among other things, *nunc pro tunc* approval of a settlement of the Estate of $205,472.95 in a multi-district product liability case by and between Trustee and the product manufacturer, as set forth in the Settlement Motion (the "**Settlement**"). In addition, Trustee seeks authority to make certain payments from the resulting settlement proceeds, including payments to Mr. Abrams for his Exemption,[1] a certain Holdback, and medical liens.

No objections to the Settlement Motion were filed, and no party in interest appeared at the Hearing in opposition the relief requested in the Settlement Motion.

The Court having considered the Settlement Motion; based on the lack of opposition; and for good cause shown, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED**: the Settlement stands **APPROVED**, and the terms set forth in the Settlement Motion are incorporated herein by reference. It is further

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement and the Settlement Motion, including, without limitation, paying the Exemption to Mr. Abrams, the Holdback, and certain medical liens. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

[**END OF DOCUMENT**]

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Settlement Motion.

13523947v1

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
michael.bargar@agg.com

Identification of entities to be served:

Office of the United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Michael A. Graves
The Semrad Law Firm, LLC
Sterling Point II
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Stanley Albert Abrams
130 Meadowbrook Court
Covington, GA 30016

Hyacinth Anastasia Abrams
130 Meadowbrook Court
Covington, GA 30016

Mike McGartland
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, TX 76107

13523947v1

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

13523947v1